# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALAN PETERSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 5:18-cv-1204 |
| CREDIT ONE FINANCIAL<br>d/b/a Credit One Bank | ) ) ) ) |
|     Defendant. | ) ) |

## COMPLAINT

Plaintiff, ALAN PETERSON ("Plaintiff"), through his attorneys, alleges the following against Defendant, CREDIT ONE FINANCIAL d/b/a Credit One Bank ("Defendant"):

## INTRODUCTION

1. This action is brought pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts and transactions giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transactions business in this district.

## PARTIES

4. Plaintiff is a natural person residing in Minerva, Ohio.

5. Defendant is a business entity with an office located at 585 Pilot Road, Las Vegas, Nevada 89119.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

7. In 2018 Defendant started calling Plaintiff's cellular telephone. The phone number Defendant started calling was (330) 327-60xx. This phone number is assigned to a cellular telephone.

8. The purpose of Defendant's calls was related to a financial account.

9. These calls were for a non-emergency purpose.

10. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant placed them by using an automatic telephone dialing system.

11. On or about January 2, 2018, Plaintiff instructed Defendant, through its employee, representative, or agent "Ron", to stop calling him.

12. Plaintiff revoked any consent, express or otherwise, for Defendant to use an automatic telephone dialing system to call his cell phone.

13. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone.

14. Between January 27, 2018 and April 6, 2018, Defendant used an automatic telephone dialing system to call Plaintiff's cellular telephone at least seventy-three (73) times.

15. Defendant called Plaintiff's cell phone multiple times per day.

16. Defendant called Plaintiff's cell phone up to seven (7) times in a single day.

17. Defendant willfully and voluntarily used an automatic telephone dialing system to place these calls.

18. Defendant intended to use an automatic telephone dialing system to place these calls.

19. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

20. Plaintiff is annoyed and feels harassed by Defendant's calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

21. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

22. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, ALAN PETERSON, respectfully requests judgment be entered against Defendant, CREDIT ONE FINANCIAL d/b/a Credit One Bank, for the following:

23. Statutory damages of $500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B),

24. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

25. All court costs, witness fees and other fees incurred,

26. Any other relief that this Honorable Court deems appropriate.

                                        Respectfully submitted,

Dated: May 24, 2018                      /s/ Adam T. Hill
                                        Adam T. Hill
                                        Krohn & Moss, Ltd.
                                        10 N. Dearborn St., 3rd Floor
                                        Chicago, IL 60602
                                        ahill@consumerlawcenter.com
                                        (312) 578-9428
                                        Attorneys for Plaintiff