# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALAN PETERSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 5:18-cv-1204 |
| | ) |
| CREDIT ONE FINANCIAL | ) |
| d/b/a Credit One Bank | ) |
| | ) |
|    Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ALAN PETERSON ("Plaintiff"), and Defendant, CREDIT ONE FINANCIAL, d/b/a Credit One Bank, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: January 31, 2019                    Respectfully Submitted,

                                                    By:/s/ Adam T. Hill
                                                      Adam T. Hill, Esq.
                                                      ahill@consumerlawcenter.com
                                                      KROHN & MOSS, LTD.
                                                      10 N. Dearborn Street, 3rd Floor
                                                      Chicago, IL 60602
                                                      T: (312) 578-9428 ext 242
                                                      F: (866) 861-1390

                                                      ATTORNEY FOR PLAINTIFF

Dated: January 31, 2019    Respectfully Submitted,

By:/s/ Molly N. Albertson
Molly N. Albertson
Reed Smith LLP
20 Stanwix Street, Ste 1200
Pittsburgh, PA 15222
Tel: (412) 288-7998
Fax: (412) 288-3063
malbertson@reedsmith.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

/s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff
