UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALAN PETERSON, | ) | CASE NO. 5:18-CV-1204 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| CREDIT ONE FINANCIAL, d/b/a Credit One Bank, | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' Stipulation of Dismissal with Prejudice. (Doc. No.12.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: February 1, 2019

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**